# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RONICKA ANDREA JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. ED CV 19-01855-GW (DFM)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further proceedings consistent with the Report and Recommendation.

Date: October 15, 2020

_____
GEORGE H. WU
United States District Judge